**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01143-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### QUICK TRIP CORPORATION, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

The Court has before it appellant's June 17, 2013 request for Court to take judicial notice of Texas Department of Criminal Justice verification of no advance notice of 3/8/2012 hearing. The Court **DENIES** the motion.

/s/     ELIZABETH LANG-MIERS
          JUSTICE